IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:12cr127DCB-FKB

MARCO LAQUIN ROGERS  Defendant

## ORDER SEALING TRIAL EXHIBITS 8 AND 9

The Court having considered the Government's motion to Seal trial exhibits number 8 and 9, hereby finds that said motion is well taken.

IT IS HEREBY ORDERED that trial exhibits number 8 and 9 are hereby Sealed.

SO ORDERED, this the   27th   day of   September   , 2013.


   s/ David Bramlette   
United States District Judge